ACCEPTED
04-15-00622-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/26/2015 10:29:42 AM
KEITH HOTTLE
CLERK



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/26/2015 10:29:42 AM
KEITH E. HOTTLE
Clerk

Direct: (210) 775-0881
Email: nissa@hdappeals.com
Board Certified, Civil Appellate Law
Texas Board of Legal Specialization

October 26, 2015

**_Via E-Filing_**
Keith E. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

      Re:    No. 04-15-00622-CV, _In re IPSecure, Inc._

Dear Mr. Hottle,

      Relator IPSecure, Inc. has received a copy of the Real Party in Interest's Response to Petition for Mandamus, filed on October 22, 2015. Please inform the Court that Relator intends to file a reply in support of its Petition for Writ of Mandamus no later than Monday, November 9, 2015.

                     Respectfully submitted,

                     _/s/ Nissa M. Dunn_
                     Nissa M. Dunn

cc via e-service:     Mary J. Ibarra-Myers
                   Beth Watkins
                   Shannon K. Dunn